# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AARON KLEIN, | ) |
|         Petitioner, | ) |
| -vs- | ) Case No. CIV-13-544-F |
| JANET DOWLING, Warden, | ) |
|         Respondent. | ) |

## ORDER

On June 7, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (doc. no. 6), wherein she recommended that the petition of petitioner, Aaron Klein (full name Quinn Aaron Klein), for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed as successive. Magistrate Judge Mitchell therein advised petitioner of his right to file an objection to the Report and Recommendation by June 27, 2013 and specifically advised petitioner that failure to make timely objection to the Report and Recommendation waived his right to appellate review.

To date, petitioner has not filed an objection to the Report and Recommendation and has not sought an extension of time to file an objection. With no objection being filed by petitioner, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell issued on June 7, 2013 (doc. no. 6) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

The petition of petitioner, Aaron Klein (full name Quinn Aaron Klein), for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** as successive.

DATED this 12th day of July, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0544p001.wpd